### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

     Atheal Pierce.

     Debtor(s)                                Case No. 05-31205

                                                   Chapter 13

### TRANSMITTAL OF APPEAL

I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On**:         October 21, 2005

**Notice of Appeal Filed:**         **September 28, 2005**

**Contents of Record**:
**Designated Items of Appellant(s)**
Designated Items of Appellee(s)

**Remarks**:
Filing Fee Paid                Not Paid
Transcripts received:         No Transcripts,  Due To Fee Not  Paid

**PLEASE RETURN A "RECEIVED" STAMPED**
**COPY OF THIS SUBMISSION SHEET**

FROM: _/s/ Richard S. Oda, Clerk_
       United States Bankruptcy Court