UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 05-31205-DHW
                                                   Chapter 13
ALTHEAL PIERCE,

    Debtor.

# ORDER DISMISSING BANKRUPTCY CASE
# ORDER PROHIBITING DEBTOR FROM REFILING
# ANOTHER BANKRUPTCY CASE FOR 180 DAYS

The debtor orally moved in open court on September 12, 2005 to voluntarily dismiss this chapter 13 bankruptcy case. American General Finance also filed a motion to dismiss this case with a 180-day bar against refiling.

The case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208. Upon consideration of the motions, it is

ORDERED that this bankruptcy case is DISMISSED. It is

FURTHER ORDERED under 11 U.S.C. §§ 105 and 109(g)(2) that the debtor is prohibited from filing another bankruptcy case within the next 180 days. It is

FURTHER ORDERED that the debtor's motion to reconsider the August 15, 2005 order conditionally terminating the stay in favor of American General Finance is MOOT. It is

FURTHER ORDERED that the chapter 13 trustee's office shall file and serve on all creditors a final account reflecting the receipts and disbursements in this case.

Done this 15 day of September, 2005.

                                                      /s/ Dwight H. Williams, Jr.
                                                      United States Bankruptcy Judge

c: Debtor
   Britt Batson Griggs, Attorney for American General Finance
   Curtis C. Reding, Trustee