In The U.S. Bankruptcy Court
Middle District Of Alabama ( Montgomery)
Bankruptcy Petition No. 05-31205

RECEIVED
2005 OCT -6
P. HACKETT, CLK
U.S. DISTRICT COURT
DISTRICT ALA

FILED
OCT 12 2005
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

In Re
Atheal Pierce,                    Chapter 13
(Appellant)
Debtor.

## Appellant's Designation Of Content and Statement of Issues

Appellant's notice of the designation of the items to be included in the record on appeal and statement of the issues to be presented within 10 days of the filing of the Notice of Appeal:

### ITEMS
1. Chapter 13 Voluntary Petition filing date 04-26-05.
2. Motion for relief from stay for American General Finance filing date 6-15-05.
3. Objection to Motion to lift stay filing date 8-1-05.
4. Objection to Motion to lift sat filing date 8-1-05.
5. Order conditionally granting motion for relief from stay dated 8-15-05.
6. Motion to reconsider order conditionally granting motion for relief from stay dated 8-25-05.
7. August 8, 2005 hearing and oral statements of the judge In Re Pierce proceedings.
8. The Court Reporter's transcript audio and typed text of the proceeding dated 8-5-05.
9. September 12, 2005 hearing and oral statements of the judge In Re Pierce proceedings.
10. The Court Reporter's transcript action and typed text of the proceeding dated 9-12-05.
11. Order dismissing bankruptcy case order prohibiting debtor from refiling another bankruptcy case for 180 days. 9-15-05.
12. Appellants notice of appeal filed September 26, 2005.

### STATEMENT OF THE ISSUES
-Does the Order of August 15, 2005 reflect that which was said and orally ordered by the honorable judge Dwight H. Williams.
-Does the Order of September 15, 2005 reflect that which was said and orally ordered by the honorable judge Dwight H. Williams.
-Is the 180 Bar in violation of the oral opinions and stated orders of the honorable judge Dwight H. Williams
-Is Atheal Pierce entitled to relief as afforded all chapter 13 filers under the circumstances since the final order of the court is a combination of fraud and conspiracy prepared by the trustee, and American general and the lady that is believed to be an administrator, revisit the hearing where the lady talked very unprofessional to me.

33

-Is the final decision or order of the judge palpably wrong and typed wrong in view of what the judge spoke and said of the date of the September 12, 2005 hearing.
-Did the judge act without jurisdiction when he allowed or signed an order that go beyond that which he spoke and go beyond the fact that Pierce withdrew his chapter 13 case and asserted a new filing.
-Is there any law to support the 180 bar that is applied to Atheal Pierce since Atheal Pierce has a right to refill and nowhere did the judge inform, state that Pierce was to be barred from refiling.
-Does the 180 Bar violate Atheal Pierce due process rights and civil rights.
-Does the transcripts of order dated August 15, 2005 support the oral order of the judge.
-Does the transcript of order dated September 15, 2005 support the oral order of the judge.

-Are the Orders of 8-15-05; 9-15-05 in violation of the decision made from the bench by judge Dwight H. Williams on 8-15-05 and 9-15-05. (ORAL RULING( S ).

Wherefore, Appellant rest at this time but ask that he be allowed to amend if proven appropriate during the appellate process.

## CERTIFICATE OF SERVICE

I, Atheal Pierce certify that a copy of the foregoing designation of contents and statements of issues has been served on the parties listed as interested parties and the parties below by placing same in the U.S. Mail, postage prepaid and properly addresses or via email, this 6th day of October 2005.

Atheal Pierce, _____

James Walker
P.O. Box 1682
Montgomery, Alabama 36101

Sabrina McKinney
P.O. Box 173
Montgomery, Al 36101

Charles Parnell
P.O. Box 2189
Montgomery, Al 36102

Honorable Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

Honorable Teresa Jacobs
One Church Street
Montgomery, Alabama 36104

Honorable Paul Pogue
1919 Minter Street
Selma, Alabama 36701