UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 05-31205-DHW
                                                Chapter 13
ATHEAL PIERCE,

    Debtor.

**CONDITIONAL ORDER TERMINATING STAY**

American General Finance filed a motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) to enforce a lien on the property described in the motion.

The motion came on for hearing on August 8, 2005.

The debtor is not current in postpetition payments to the creditor. Accordingly, it is hereby

ORDERED that the stay is TERMINATED effective 12:00 noon on **September 8, 2005** to allow American General Finance to enforce its lien on the property described in the motion unless the debtor cures the postpetition default in payments prior to that time. It is

FURTHER ORDERED that, if the stay terminates pursuant to this order, any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

    Done this 15 day of August, 2005.

                                                         /s/ Dwight H. Williams, Jr.
                                                         United States Bankruptcy Judge

c: Debtor
   Britt Batson Griggs, Attorney for Creditor
   Curtis C. Reding, Trustee