IN THE UNITED STATATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:
ATHEAL PIERCE,

Debtor.

Chapter No. 13

Case Number 05-3`1205

**FILED**

AUG 2 5 2005

U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

Hearing Requested or permission to appeal the Order

## Motion for Rehearing and /or Relief from erroneous Order

The recent Order published on or about August 15, 2005 granting American General Finance Company's motion to lift stay is due to be rewritten or stayed pending appellate review for the following reasons:

1. The Order does not include nor consider the objection and response filed by Pierce on or the 1st day of August 2005.

2. Pierce did not receive a due process hearing or evidentiary hearing that was requested in Pierce's objection and response to the motion to lift stay filed by American General Finance Company.

3. The Order does not speak the truth as to what was stated as the ruling from the bench of the honorable judge for the honorable court on August 8, 2005.

4. The Order amount to injustice to **the truth** and as it stands an unjust decision that runs afoul to the truth as Pierce witnessed and heard to be the spoken words of the presiding judge on August 8, 2005. Pierce incorporates the transcript text or audio text as though it was setout herein or attached hereto in support of this pleading.

**WHEREFORE**: Pierce seeks the following relief:

(a) That the judge consider the objection and response of Pierce before republishing an Order addressing American General Finance Company's motion to lift stay.

(b) That the judge grant Pierce an evidentiary hearing as requested.

(c) That the judge make public what is required as the amount of payments that should be made to American General Finance Company that would be exactly the words spoken by the judge on August 8, 2005.

(d) That the judges re-instate the protective clauses enjoyed by chapter 11, bankruptcy laws in this cause of Pierce.

(e) That American General Finance Company be compelled to itemize its cost bill to Pierce.

(f) That American General Finance Company be a required to disclose what is 5901 Havenwood Village Drive and if a mortgage is due to be paid on 5901 Havenwood Village Drive, Montgomery, Alabama.

Respectfully submitted,

BY: ATHEAL PIERCE
112 Knollwood Blvd.
Montgomery, Alabama 36117

Certificate of mailing: Copy of this document was mailed by U.S. mail to Mr. Charles Parnell, P.O. Box 2189, Montgomery, Alabama 36102, honorable Curtis C. Reding, Trustee, P.O. Box 173, Montgomery, Alabama 36101, honorable Teresa Jacobs, Administrator, One Church Street, Montgomery, Alabama 36104, and Mr. Bill Green, co-owner of 5901 Havenwood Drive, Montgomery, Alabama 36117 and to Mr. Barry Ross, Havenwood Village, Inc., and Mr. Barry Ross, Havenwood Village Condominium Association, Inc. 112 North Haardt, Drive, Montgomery, Alabama 36105 and done this the 20th day of August 2005.