Official Form 17
(12/02)

# United States Bankruptcy Court

**Middle** District Of **Alabama**

**FILED**
SEP 28 2005
...TCY COURT
... ALABAMA

In re **Atheal Pierce,**
Debtor

Case No. **05-31205**

Chapter **13**

*[Caption as in Form 16A, 16B, 16C, or 16D, as appropriate]*

## NOTICE OF APPEAL

**(Appellant) Atheal Pierce**, the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the **15th** day of **September, 2005**
                                                                                                (month)      (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Mr. Charles Ricnell          US District Court          all interested
P.O. Box 2189                15 Lee Street              Parties listed.
Montgomery AL 36102          Montgomery, AL 36104

Dated: **September 26, 2005**

Signed: **Atheal Pierce**
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _____

Address: **112 Knollwood Blvd**
         **Montgomery, AL 36117**

Telephone No: **(334) 215-7525**

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

31