In The U.S. Bankruptcy Court
Middle District Of Alabama ( Montgomery)
Bankruptcy Petition No. 05-31205

In Re
Atheal Pierce,            Chapter 13
(Appellant)
Debtor.

**FILED OCT 1 2 2005 U.S. BANKRUPTCY COURT MONTGOMERY, ALABAMA**

### Appellant's Notice of the filing of the Transcript Order Form

The completed "transcript Order" is attached hereto and filed within 10 days of the filing of the Notice of Appeal:

*/s/ Atheal Pierce*
Atheal Pierce
112 Knollwood Blvd.
Montgomery, Alabama 36117

### CERTIFICATE OF SERVICE

I, Atheal Pierce certify that a copy of the foregoing ~~designation of contents and statements of issues h~~as been served on the parties listed as interested parties and the parties below by placing same in the U.S. Mail, postage prepaid and properly addresses or via email, this 6th day of October 2005.

Atheal Pierce, _____

| | |
|---|---|
| James Walker<br>P.O. Box 1682<br>Montgomery, Alabama 36101 | Honorable Curtis C. Reding<br>P.O. Box 173<br>Montgomery, AL 36101 |
| Sabrina McKinney<br>P.O. Box 173<br>Montgomery, Al 36101 | Honorable Teresa Jacobs<br>One Church Street<br>Montgomery, Alabama 36104 |
| Charles Parnell<br>P.O. Box 2189<br>Montgomery, Al 36102 | Honorable Paul Pogue<br>1919 Minter Street<br>Selma, Alabama 36701 |

| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | DUE DATE: |

Read Instructions on Back:

| 1. NAME Atheal Pierce | 2. PHONE NUMBER (334) 215-7525 | 3. DATE 10-6-05 | |
|---|---|---|---|
| 4. MAILING ADDRESS 112 Knollwood Blvd | 5. CITY Montgomery | 6. STATE AL | 7. ZIP CODE 36117 |
| 8. CASE NUMBER 05 3125 | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS 10. FROM | 11. TO |
| 12. CASE NAME Atheal Pierce chapter 13 | 13. CITY Montg | LOCATION OF PROCEEDINGS 14. STATE AL | |

15. ORDER FOR
- [x] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [x] OTHER (Specify) ORAL Rulings

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) D. Williams | 8-8-05/9-12-05 |
| [ ] OPENING STATEMENT (Plaintiff) | | A. Pierce | " " |
| [ ] OPENING STATEMENT (Defendant) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | 8-8-05/9-12-05 | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) ORAL Rulings | 8-8-05, 9-12-05 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [x] | NO. OF COPIES 2 | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE | [signature] | PROCESSED BY | |
|---|---|---|---|
| 19. DATE | 10/6/05 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY