# UNITED STATES BANKRUPTCY COURT

## Middle District of Alabama

In re:
**Atheal Pierce**
    Debtor

Case No.: 05−31205
Chapter: 13

## NOTICE OF DEFICIENCY

Notice is herbey given to the Debtor(s) that the above referenced petition is deficient for one or more of the following reasons:

☐ **Filing Fee**
New case fees to be paid in installments must be accompanied with an application to pay in installments (see below). All other fees due at time of filing.

☐ $209 CH. 7    ☐ $839 CH. 11    ☐ $155 Reopen    ☐ $26 Amendment Fee    ☐ $150 Adversary

☐ $194 CH. 13    ☐ $239 CH. 12    ☐ $255 Appeal    ☐ $15 Conversion Fee    ☐ $150 Mot Relief from Stay

Other Fee:

☐ **Application to Pay Filing Fees in Installments (Official Form 3)**
If the fee is to be paid in installments, the debtor must be an individual and must submit a signed application with the petition for court approval. Rule 1006(b), Fed.R.Bankr.P.

☐ **Names and Addresses of All Creditors of the Debtor**
Must be submitted with the petition or withing 48 hours. Not required if the debtor submits a schedule of liabilities with the petition. Rule 1007(a), Fed.R.Bankr.P.

☑ **Schedules A − J (Official Form 6)**
Must be submitted with the petition or within 15 days. Schedules I and J must be used if the debtor is an individual. 11 U.S.C. § 521(1) and Rule 1007(b) & (c), Fed.R.Bankr.P.

☐ Schedule A    ☐ Schedule D    ☐ Schedule G    ☐ Schedule J

☐ Schedule B    ☐ Schedule E    ☐ Schedule H    ☑ Summary of Schedules

☐ Schedule C    ☐ Schedule F    ☐ Schedule I    ☐ Declaration Concerning Debtor's Schedules

☐ **Statement of Financial Affairs (Official Form 7)**
Must be submitted with the petition or within 15 days. Rule 1007(b) & (c)

☐ **Declaration Re: Electronic Filing of Petition, Schedules, and Statements (ALMB Form 5005−5C)**
Must be submitted with the petition or within 15 days and signed by debtor(s) and attorney for debtor(s).

☐ **Statement Disclosing Compensation Paid or to Be Paid to the Attorney for the Debtor**
Must be submitted within 15 days or any other date set by the court. 11 U.S.C. § 329 and Rule 2016(b), Fed.R.Bankr.P.

☐ **Statement of Intention Regarding Secured Property (Official Form 8)**
Required ONLY if debtor is an individual and the schedule of assets and liabilities contains consumer debts secured by property of the estate. Must be submitted within 30 days of filing of the petition or by the date set for the Section 341 meeting of creditors, whichever is earlier. 11 U.S.C. § 521(2)

☑ **Chapter 13 Plan**
Must be submitted with the petition or within 15 days. Rule 3015, Fed.R.Bankr.P.

☐ **List of Creditors Holding the 20 Largest Unsecured Claims (Official Form 4)**
Must be submitted with the petition. Rule 1007(d), Fed.R.Bankr.P. (Applies only to Voluntary Chapter 11)

☐ **Statement Disclosing Compensation Paid or to Be Paid to a "Bankruptcy Petition Preparer"**
Must be submitted within 10 days. 11 U.S.C. § 110

☐ **Chapter 12 Plan**
Must be submitted within 90 days. 11 U.S.C. § 1221

☐ **OTHER:**
☐ Signature missing on Declaration    ☐ Attorney address missing    ☐ Missing Stmnt of SSN    ☐ Not plain or legible

☐ Debtor address missing or incomplete    ☐ Attorney phone no. missing    ☐ Insufficient No. Copies

## Other Deficiencies / Notes: