# United States Bankruptcy Court

__Middle__ DISTRICT OF __Alabama__

## SUMMARY OF CHAPTER 13 PLAN

05-31205

**FILED MAY 12 2005**
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

In the 341 notice, the Court is only providing creditors with a summary of the Plan.

Each Plan or modified Plan must be accompanied by a summary submitted in the following form. Failure to submit this summary may result in dismissal of your client's case.

_____   __Atheal Pierce__
Case Number                              Case Title

1. Amount of each payment to be made by the debtor to the Trustee       1. $ __500__

2. Number of payments. (Note: *use* 1 = monthly; 2 = semi-monthly; 3 = bi-weekly; 4 = weekly)       2. __1__

3. Amount to be paid to *unsecured* creditors. State *either*

   (a) percentage to be paid each unsecured claim       3. (a) _____ %
   -or-
   (b) total money to be paid to unsecured creditors       3. (b) $ __0__

4. For *secured* creditors, whose default is being cured, provide the following data: (Continue on reverse side if additional space is needed.)

| NAME | DESCRIPTION COLLATERAL | PAYMENT PER MONTH UNDER PLAN | TOTAL AMOUNT OF DEFAULT TO BE CURED* |
|---|---|---|---|
| American General | House | Full Payment 820 | 3284 |
| American General | Mortgage | Full Payment 352.00 | 1,416 |

5. For other secured creditors being dealt with under the Plan, provide the following: (Continue on reverse side if additional space is needed.)

| NAME | COLLATERAL AND VALUE CLAIMED | MONTHLY PLAN PAYMENTS | TOTAL PLAN PAYMENTS* |
|---|---|---|---|
| Student Loan | N/A | 4.53 | $3500 |

6. The Plan will be completed in __36 Months (estimated)__ months.

7. Other information which should be included in a fair summary: (Continue on reverse side if additional space is needed.)
   __to be amended__

__5/10/05__                    __Atheal Pierce__
Dated                              Signature of Attorney

*Total must include interest. If debtor contends that interest is not payable, state reason under No. 7.

see document "B" attached

3