IN THE UNITED STATES BANKRUPTCY COURT
IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



ATHEAL PIERCE,   Case Number: 05-31205
Debtor

### EMERGENCY MOTION TO EXTEND THE TIME TO FILE PLAN BY SEVERAL DAYS FOR GOOD AND JUST CAUSE

Comes now your petitioner and gives the honorable trustee and judge notice that the payroll clerk of petitioner's employer sent petitioner's payroll ( May and June ) checks to the Clerk of the Circuit Court of Montgomery County Alabama.

Petitioner funds were to be timely used to complete payment of the court fees and to retain competent counsel that specialize in this type proceeding.

Petitioner's May and June check funds remains with or between the hands of the circuit clerk and or the employer of your petitioner.

Petitioner seeks several days to obtain said funds and satisfy this honorable court filing fee requirements and pay stand-by counsel to release the Plan created for this honorable court which directed that Petitioner furnish this honorable court.

Wherefore, Petitioner prays for a favorable extension and relief under the circumstances.

*[signature]*
112 Knollwood Blvd.
Montgomery, Al 36117

Copy to be filed with court and hand delivered to the honorable Trustee

Verfication Information and Address in this matter:

Tuskegee University                 Attorney Ernestie Sapp
Payroll Department                  P.O. Box 830239
Kresge Center- Room 101             Tuskegee, Al 36083
Tuskegee, Alabama 36088

Mrs. Melissa Rittenaue              Attorney unknown
251 South Lawrence Street
Montgomery, Alabama 36102
334-832-1343

5