# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                      Case No. 05-31205-DHW
                                               Chapter 13

ATHEAL PIERCE,

         Debtor.

## ORDER DISMISSING MOTION

The debtor filed an emergency motion to extend the time in which to file a plan.

The motion came on for hearing on June 20, 2005. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is DISMISSED.

Done this 22 day of June, 2005.

                                                     /s/ Dwight H. Williams, Jr.
                                                     United States Bankruptcy Judge

c: Debtor
    Curtis C. Reding, Trustee