IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

ATHEAL PIERCE
DEBTOR

CHAPTER 13

CASE NO 05-31205

## MOTION TO WITHDRAW AS COUNSEL

Comes now James E. Walker, III, counsel for the Debtor, and respectfully requests that this Honorable Court allow him to withdraw as counsel. As grounds we give the following:

1. Debtor has filed an amended petition pro se without my counsel since my filing a notice of appearance in his bankruptcy case. See entries 36 & 37 on Pacer

2. Entries 36 & 37 have in different places where the Debtor himself signed the paperwork as being filed pro se by him.

3. Debtor shows intent to continue to be his own counsel.

4. James E Walker did not advise or counsel Debtor to file the amended petition shown in entries 36 & 37 and did not give permission for his name to be included on this paperwork.

5. James E Walker III request to be allowed to withdraw as counsel in this case.

WHEREAS, all premises considered James E. Walker, III respectfully requests to withdraw as counsel for the Debtor on the above-styled case. Counsel also requests any further relief that this Honorable deems just and proper.

/s/ James E Walker III
James E. Walker, III
P O Box 1682
Montgomery, Alabama 36102
(334) 262-2346

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to withdraw as counsel to the Hon. C.C. Reding P O Box 173 Montgomery AL 36101 and to the list of creditors attached hereto, via United States Mail addressed and postage prepaid on this the 11th day of July 2005..

/s/ James E Walker III
James E. Walker, III