IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ATHEAL PIERCE, ) | CHAPTER 13 |
| ) | CASE NO. 05-31205 |
| Debtor. ) | |

### MOTION TO SET HEARING

Comes Now American General Finance, by and through its attorney of record, Parnell & Crum, and states that it filed a Motion to Modify Stay with this Honorable Court on June 15, 2005. Pursuant to LBR 4001-1, the Movant indicated it was willing to consider an adequate protection agreement. However, the parties have not been able to reach an agreement as of yet. As a result, the Movant is requesting that the matter be set for hearing.

WHEREFORE, THE PREMISES CONSIDERED, American General Finance would respectfully request that its Motion to Modify Stay be set for hearing at an appropriate date and time specified by this Honorable Court.

Respectfully submitted,

PARNELL & CRUM, P.A.

/s/ Britt B. Griggs
By: BRITT BATSON GRIGGS
Attorney for American General Finance

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the above to the following Motion to Set Hearing, this the __14th__ day of July, 2005.

| | |
|---|---|
| Hon. Curtis C. Reding | Atheal Pierce |
| Trustee | Debtor |
| Post Office Box 173 | 112 Knollwood Blvd. |
| Montgomery, Alabama 36101-0173 | Montgomery, Alabama 36117 |

Hon. Teresa Jacobs
Bankruptcy Court Adm.
1 Church Street, 5th Floor
Montgomery, Alabama 36104

              __/s/ Britt B. Griggs__
              BRITT BATSON GRIGGS