# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

ATHEAL PIERCE,

     Debtor.

Case No. 05-31205-DHW
Chapter 13

## ORDER ALLOWING WITHDRAWAL

Upon consideration of the motion filed by James E. Walker, III to withdraw from representing the debtor in this chapter 13 case, it is

ORDERED that the motion is GRANTED.

Done this 15 day of August, 2005.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
    James E. Walker, III, Esq.
    Curtis C. Reding, Trustee