UNITED STATES BANKRUPTCY COURT

Middle District of Alabama

Notice of hand delivery filing by debtor to clerk on 9/12/05 at $:___AM CDT
9:04

FILED SEP 1 2 2005 U.S. BANKRUPTCY COURT MONTGOMERY, ALABAMA

In re:  
Atheal Pierce  
    Debtor

Case No.: 05- 31205  
Chapter: 13

## NOTICE OF REQUEST FOR DISMISSAL BY DEBTOR

COMES NOW Atheal Pierce and in good faith, request for dismissal by debtor. See document attached in support of this request. Atheal Pierce has filed a new Chapter 13 case.

Respectfully submitted,

*Atheal Pierce*  
Atheal Pierce

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed or placed in the U. S. mail, postage prepaid, an exact copy of the above Notice of Request for Dismissal by Debtor to the following parties, this the 12th day of September, 2005:

Hon. Charles Parnell  
Post Office Box 2189  
Montgomery, Alabama 36102-2189

Hon. Paul Pogue  
1919 Minter Avenue  
Selma, Alabama 36701

Hon. Teresa Jacobs  
Bankruptcy Count Adm.  
One Church Street  
Montgomery, Alabama 36104

Hon. Curtis C. Reding  
Trustee  
Post Office Box 173  
Montgomery, Alabama 36101-0173

Hon. James E. Walker  
Post Office Box 1682  
Montgomery, Alabama 36102

Mr. Barry D. Ross  
Havenwood Village, Inc. and  
Havenwood Village Condominium Assn., Inc.  
Montgomery, Alabama 36105