UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 05-31205-DHW
                                                   Chapter 13
ATHEAL PIERCE,

      Debtor.

## ORDER DISMISSING OBJECTION

The trustee filed an objection to confirmation of the proposed chapter 13 plan.

The objection came on for hearing on September 19, 2005 by which time this chapter 13 case had been dismissed. Accordingly, it is

ORDERED that the objection is DISMISSED as MOOT.

Done this 22 day of September, 2005.


                                      /s/ Dwight H. Williams, Jr.
                                      United States Bankruptcy Judge

c: Debtor
    Curtis C. Reding, Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:
Atheal Pierce
    Debtor

Case No.05-31205-DHW
Chapter 13

**NOTICE OF DEFICIENCY AND DEADLINE TO FILE DESIGNATION OF RECORD**

Notice is hereby given to the Appellant that the Notice of Appeal filed in the above referenced case is deficient for the following reason(s):

- The notice is not accompanied with the full filing fee of $255. The balance is due and payable immediately.

Notice is also hereby given that the Appellant is required to file and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented within 10 days of the filing of the Notice of Appeal. It must list specifically the documents to be transmitted to District Court and a Statement of the Issues to be presented.

Richard S. Oda
Clerk of Court