IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | |
| | ) | |
|    Appellant, | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1014-T |
| v. | ) | |
| | ) | |
| CURTIS REDDING, | ) | |
| | ) | |
|    Appellee, | ) | |

ORDER

It is ORDERED that the appeal is set for an on-the-record scheduling conference on November 9, 2005, at 9:30 a.m., to discuss the pending motion to dismiss and a briefing schedule. Counsel for appellee is to arrange for the conference to be conducted by telephone.

DONE, this the 1st day of November, 2005.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE