IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ATHEAL PIERCE,

    Debtor/Appellant,

vs.

CURTIS C. REDING,
Chapter 13 Trustee,

    Appellee,

CHAPTER 13 CASE NO.
05-31205-DHW-13

## ON APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA FROM THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## TRUSTEE'S MOTION TO DISMISS APPEAL

**COMES NOW**, the Trustee in the above styled cause, Appellee in the above-referenced appeal, by and through the undersigned counsel, and moves this Honorable Court to dismiss the Debtor/Appellant's appeal and as grounds therefore states as follows:

1. The debtor's appeal is not timely filed pursuant to Rule 8002 *Federal Rules of Procedure*.

2. The debtor did not file his designation for the record on appeal in a timely manner pursuant to Rule 8006 *Federal Rules of Procedure*.

3. The debtor did not pay the filing fee for the appeal to the Clerk of the Court.

Respectfully submitted this 20th day of October 2005.

        CURTIS C. REDING, JR.
        STANDING CHAPTER 13 TRUSTEE

BY:  /s/ Sabrina L. McKinney
       SABRINA L. MCKINNEY (MCK041)
       Alabama State Bar #ASB-3162-I71S
       STAFF ATTORNEY FOR THE TRUSTEE

Office of the Standing Chapter 13 Trustee
166 Commerce Street, Suite 202
P.O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax:    334-264-6127
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have mailed a copy of the foregoing TRUSTEE'S MOTION TO DISMISS APPEAL upon the following listed parties by placing a copy of same in the United States Mail, postage pre-paid and properly addressed this 20th day of October 2005.

/s/ Sabrina L. McKinney
SABRINA L. MCKINNEY

Atheal Pierce, Pro Se
112 Norwood Blvd.
Montgomery AL 36117

Charles N. Parnell, Esq. &
Britt Batson Griggs, Esq.
Parnell & Crum, P.A.
P O Box 2189
Montgomery AL 36102-2189

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
Frank M. Johnson Federal Courthouse Annex
One Church Street
Montgomery AL 36104