## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                        Case No. 05-31205-DHW
                                             Chapter 13
ATHEAL PIERCE
112 KNOLLWOOD BLVD
MONTGOMERY AL   36117

Soc. Sec. No. 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

            Debtor.


                        FINAL REPORT

        The  Chapter  13  Trustee,  Curtis  C.  Reding,  respectfully
reports to the Court as follows:

        The costs of administration and  all claims filed and allowed
in this case have been paid according  to the records of my office
as evidenced by the attached final account.

        The Trustee requests  that notice of the  account be given to
the debtor, the attorney for the debtor,  and any other parties in
interest.

        The Trustee further requests that the account be approved and
that the Trustee be  released  and relieved of his trust.

        This the 28th day of September, 2005.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL  36101-0173          /S/ Curtis C. Reding
Phone: (334)262-8371
Fax: (334)262-8599                  Curtis C. Reding, Trustee
email: Ch13Trustee@ch13mdal.com

cc: Debtor
    Attorney for Debtor
    All Creditors




ATHEAL PIERCE
112 KNOLLWOOD BLVD
MONTGOMERY AL   36117

β

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                      Case No. 05-31205-DHW
                                           Chapter 13
ATHEAL PIERCE
112 KNOLLWOOD BLVD
MONTGOMERY AL   36117

Soc. Sec. No. 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

             Debtor.

### FINAL ACCOUNT OF TRUSTEE

     I, Curtis C. Reding, respectfully  file this my final account
disclosing receipts and disbursements in this case.

### RECEIPTS

| | |
|---|---:|
| **GROSS RECEIPTS** | 500.00 |
|    Less Refunds While Case Active | .00 |
|    Less Refunds to Debtor at Closing | 500.00 |
| **NET RECEIPTS** | .00 |

### DISBURSEMENTS

| | | |
|---|---:|---:|
| Payments to Creditors (see attached) | | .00 |
|    Secured Creditors | .00 | |
|      Interest | .00 | |
|    Unsecured Creditors | .00 | |
|      Interest | .00 | |
|    Priority Creditors | .00 | |
|      Interest | .00 | |
| Filing Fee | | .00 |
| Trustee Expense and Commission Fee | | .00 |
| Attorney Fee | | .00 |
| Insurance | | .00 |
| Notice Fee | | .00 |
| **TOTAL DISBURSEMENTS** | | .00 |

     I, Curtis C. Reding, certify that the above record of
receipts and disbursements in this  case is true and complete, and
the estate has been fully administered.

                              ORIGINAL IS SIGNED
                              Curtis C. Reding, Trustee

     Sworn to and subscribed before me
     this 28th day of September, 2005.
                              ORIGINAL IS SIGNED
                              Phyllis A. Womack, Notary Public

## PAYMENTS TO CREDITORS

Case Number - 05-31205

**SECURED CREDITORS**

| Clm# | Cred# | | Interest | Principal |
|------|-------|--|----------|-----------|
| 0001 | 472382 | AMERICAN GENERAL FINANCE | $ .00 | $ .00 |
| 0002 | 472382 | AMERICAN GENERAL FINANCE | $ .00 | $ .00 |
| 0004 | 181911 | HAVENWOOD VILLAGE CONDOMI | $ .00 | $ .00 |
| 0006 | 181911 | HAVENWOOD VILLAGE CONDOMI | $ .00 | $ .00 |
| 0012 | 149463 | LITTON LOAN SERVICING | $ .00 | $ .00 |
| 0015 | 472382 | AMERICAN GENERAL FINANCE | $ .00 | $ .00 |
| 0016 | 472382 | AMERICAN GENERAL FINANCE | $ .00 | $ .00 |
| 0019 | 000118 | ALABAMA EXCHANGE BANK | $ .00 | $ .00 |
| | | TOTAL PAYMENTS TO SECURED CREDITORS | | $ .00 |

**UNSECURED CREDITORS**

| Clm# | Cred# | | Interest | Principal |
|------|-------|--|----------|-----------|
| 0003 | 462045 | STUDENT LOAN CORP | $ .00 | $ .00 |
| 0005 | 613875 | HAVENWOOD VILLAGE CONDO A | $ .00 | $ .00 |
| 0007 | 064302 | JEFFCOAT ENGINEERS | $ .00 | $ .00 |
| 0008 | 000118 | ALABAMA EXCHANGE BANK | $ .00 | $ .00 |
| 0009 | 018392 | CAPITAL ONE | $ .00 | $ .00 |
| 0010 | 303061 | CITIFINANCIAL | $ .00 | $ .00 |
| 0011 | 102353 | NATIONAL FINANCE CENTER | $ .00 | $ .00 |
| 0013 | 128015 | DOROTHY RIGGINS | $ .00 | $ .00 |
| 0014 | 163471 | US ATTORNEY | $ .00 | $ .00 |
| 0017 | 016430 | HAVENWOOD VILLAGE LLC | $ .00 | $ .00 |
| 0018 | 326159 | HAVENWOOD VILLAGE CONDO A | $ .00 | $ .00 |
| | | TOTAL PAYMENTS TO UNSECURED CREDITORS | | $ .00 |

**PRIORITY CREDITORS**

| Clm# | Cred# | | Interest | Principal |
|------|-------|--|----------|-----------|
| 0020 | 137802 | JAMES EDWARD WALKER III | $ .00 | $ .00 |
| | | TOTAL PAYMENTS TO PRIORITY CREDITORS | | $ .00 |