IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ATHEAL PIERCE,

Debtor/Appellant,

**CASE ON APPEAL**
05-1014-T

CHAPTER 13 CASE NO.
05-31205-DHW-13

### Pierce's MOTION FOR CONTINUANCE

Pierce needs time to prepare for the telephone conference. Pierce needs the transcripts and U.S. Bankruptcy Court Clerk's data and records pertaining to this appeal to participate in a telephone conference.

Pierce ask for an extension of at least **30 days** to prepare and participate in a telephone conference that would address the motion filed in the U.S. District Court that was recently received.

Wherefore, Pierce seeks an extension of time and any other relief that he may be entitled to under the federal laws of this great land.

Respectfully submitted this 7th day of November 2005.

BY: AP _____
112 Norwood Blvd.
Montgomery, Alabama 36117
(334) 215-7525

Certificate of service

I have mailed a copy of this pleading upon the following listed parties by placing a copy of same in the U.S. Mail, postage pre-paid and properly addressed this 7th day

of November.

Charles N. Parnell
P.O. Box 2189
Montgomery, Alabama 36102

James Walker
P.O. Box 1682
Montgomery, Alabama 36102

Teresa Jacobs
One Church Street
Montgomery, Alabama 36104

Sabrina McKinney
P.O. Box 173
Montgomery, Alabama 36101

Curtis Reding
P.O.Box 173
Montgomery, Al 36101

Paul Pogue
1919 Minter Avenue
Selma, Alabama 36701

_____   all other listed interested parties