# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE  AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __NOVEMBER 9, 2005__   AT __9:30__ A.M./P.M.

DATE COMPLETED __NOVEMBER 9, 2005__   AT __9:40__ A.M./P.M.

```
ATHEAL PIERCE                    )
                                 )
        Appellant                )
                                 )
    v                            )    CA No. 2:05-cv-01014-T
                                 )
CURTIS REDDING                   )
                                 )
        Appellee                 )
```

| APPELLANT | APPEARANCES | APPELLEE |
|---|---|---|
| Atheal Pierce, Pro Se | X<br>X<br>X<br>X<br>X<br>X | Atty Sabrina McKinney<br><br>Atty Britt Griggs (American<br>     General) |

COURT OFFICIALS PRESENT:

| David Sapp,<br>  Law Clerk | Sheila Carnes,<br>Courtroom Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|

PROCEEDINGS:
( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SCHEDULING CONFERENCE


9:30 a.m.     Telephone scheduling conference commenced.
              1) Filing Fee:  Appellant directed to pay appeal filing fee
              by the end of the day.
              2) Parties' representations as to the appropriate parties
              in the case.
              3) Appellee's Motion to Dismiss:  Order to issue setting
              briefing schedule (appellee's brief, 14 days; appellant's
              response, 10 days).
              4) Appeal Briefs:  Order to issue setting appeal briefing
              schedule (appellant's brief, 30 days; appellee's brief, 10
              days).
9:40 a.m.     Conference concluded.