IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | |
| | ) | |
|    Appellant, | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1014-T |
| v. | ) | |
| | ) | |
| CURTIS C. REDING, | ) | |
| | ) | |
|    Appellee, | ) | |

ORDER

Based on the representations made during a scheduling conference on November 9, 2005, it is ORDERED, with regard to appellee Curtis C. Reding, Jr's motion to dismiss (Doc. No. 5), as follows:

(1) Appellee Curtis C. Reding, Jr.'s brief is due by November 23, 2005.

(2) Appellant Atheal Pierce's brief is due by December 5, 2005.

(3) Said motion is set for submission, without oral argument, on December 5, 2005.

DONE, this the 10th day of November, 2005.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE