IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE:                        )
                              )
ATHEAL PIERCE,                )
                              )
    Debtor.                   )
                              )
ATHEAL PIERCE,                )
                              )
    Appellant,                )   CIVIL ACTION NO.
                              )     2:05cv1014-T
    v.                        )
                              )
CURTIS C. REDING,             )
                              )
    Appellee,                 )
```

ORDER

Based on the representations made during a scheduling conference on November 9, 2005, it is ORDERED, with regard to the appeal, as follows:

(1) Appellant Atheal Pierce's brief is due by December 9, 2005.

(2) Appellee Curtis C. Reding's brief is due by December 19, 2005.

(3) Appellant Pierce may file a reply brief by December 28, 2005.

(4) The appeal in this case is set for submission, without oral argument, on December 28, 2005.

DONE, this the 10th day of November, 2005.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**