IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | |
| | ) | |
|    Appellant, | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1014-T |
| v. | ) | |
| | ) | |
| CURTIS C. REDING, | ) | |
| | ) | |
|    Appellee, | ) | |

ORDER

It is ORDERED that appellant Atheal Pierce's motion for continuance (Doc. No. 8) is denied.

DONE, this the 10th day of November, 2005.

                           /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**