IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ATHEAL PIERCE | ) | |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1014-T |
|   Appellant, | ) | (WO) |
| | ) | |
|   v. | ) | |
| | ) | |
| CURTIS REDING, | ) | |
| | ) | |
|   Appellee. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that appellee Curtis Reding's motion to dismiss (Doc. No. 5) is granted and the appeal in this cause is dismissed.

It is further ORDERED that appellant Atheal Pierce's motion for relief (Doc. No. 16) is denied as moot.

It is further ORDERED that the costs are taxed against appellant Pierce.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of December, 2005.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE