5 1/24/06

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

ATHEAL PIERCE,

    Debtor.

Case No. 05-31205-DHW
Chapter 13

## ORDER TRANSMITTING MOTION TO DISTRICT COURT

The debtor filed a motion on January 24, 2006 to correct the record of the Clerk of Court. Upon consideration of the motion, it is

ORDERED that the motion is hereby transmitted to the United States District Court for the Middle District of Alabama for consideration in conjunction with Case No. 05-1014-T.

Done this 24 day of January, 2006.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
   Curtis C. Reding, Chapter 13 Trustee
   Britt Batson Griggs, Esq.