IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

**FILED**
JAN 2 4 2006
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

Case No. 05-31205-DAW

Debtor:    ATHEAL PIERCE

IN RE:                                    Case No. **2:05 CV-1014-T**
ATHEAL PIERCE, Debtor/Appellant  v. AMERICAN GENERAL FINANCE COMPANY
Creditor/Appellee

## Emergency MOTION TO CORRECT THE CLERK'S RECORD

Defendant, Atheal Pierce states as follow:

1. Document 46 needs to be corrected.

2. Date of Pierce's notice of appeal needs to be corrected.

3. Date of Pierce's designation for the record on appeal needs to be corrected.

4. Date of Pierce's statement of issues on appeal needs to be corrected

5. Date of Pierce's request for a transcript of records needs to be corrected.

Wherefore, Pierce moves the honorable Clerk of the Bankruptcy Court to review the filed documents and correct the date(s) of entry, reflecting the date or day Pierce filed each document with the federal court system.

Certificate of service

I mailed a copy of the foregoing pleading upon the following listed parties by placing a copy of same in the U.S. Mail; postage pre-paid and properly addressed this 24th day of January 2006.

-Mr. Charles Parnell
P.O. Box 2189
Montgomery, Ala 36102
-Teresa R. Jacobs
One Church Street
Montgomery, Alabama 36104