IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ATHEAL PIERCE | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1014-MHT |
|    Appellant, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| CURTIS REDDING, | ) | |
| | ) | |
|    Appellee. | ) | |

### ORDER

It is ORDERED as follows:

(1) In light of a separate order filed today in which the court vacated its opinion and judgment dismissing appellant Atheal Pierce's appeal as untimely, appellant Pierce's emergency motion to correct the clerk's record (Doc. No. 21) is denied as moot.

(2) Appellant Atheal Pierce's emergency motion for complete relief (Doc. No. 23) is treated as a brief in support of his appeal.

DONE, this the 15th day of February, 2006.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE