IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE:

ATHEAL PIERCE,

    Debtor.

CHAPTER 13
CASE NO. 05-31205

ATHEAL PIERCE,

    Appellant,

CIVIL ACTION NO.
2:05cv1014-MHT

v.

CURTIS REDDING

    Appellee

SUPPLEMENTAL DESIGNATION OF RECORD

Comes now Douglas F. Young, Chief Deputy Clerk of the Bankruptcy Court for the Middle District of Alabama, and designates the following items for inclusion in the record on appeal:

1. Transcript of August 8, 2005 and September 12, 2005 hearings in Bankruptcy Court.

2. Affidavit concerning receipt of notice of appeal filing fee.

Douglas F. Young
Chief Deputy Clerk
U.S. Bankruptcy Court
Middle District of Alabama

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing has been served upon the parties of record by first class United States Mail, properly addressed and postage prepaid on this the 17th day of February, 2006.

Atheal Pierce
112 Knollwood Blvd.
Montgomery, AL 36117

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101