| | |
|---|---|
| ATHEAL PIERCE | |
| V. | CIVIL ACTION NO. 2:05CV1014-MHT |
| CURTIS REDDING | |

# TRANSCRIPT OF PROCEEDINGS BEFORE JUDGE DWIGHT H. WILLIAMS

# UNITED STATES BANKRUPTCY JUDGE

August 8, 2005 & September 12, 2005

(TRANSCRIPT NOT SCANNED.

AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE)