IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE:

ATheal PIERCE

    Debtor.

CHAPTER 13
CASE NO. 05-31205

ATHEAL PIERCE,

    Appellant,

CIVIL ACTION NO.
2:05cv1014-MHT

v.

CURTIS REDDING

    Appellee

AFFIDAVIT

I, Douglas F. Young, Chief Deputy Clerk of the Bankruptcy Court for the Middle District of Alabama, affirm that on November 10, 2005, the Bankruptcy Court received $255 from Atheal Pierce, the appellant in the above referenced civil action, as payment in full for the filing fee of the notice of appeal filed in Case No. 05-31205 on September 28, 2005. The receipt number is 05002688.

*[signature]*

Douglas F. Young
Chief Deputy Clerk
U.S. Bankruptcy Court
Middle District of Alabama