IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ATHEAL PIERCE, ) | |
| ) | |
|    Debtor. ) | |
| ) | |
| ATHEAL PIERCE, ) | |
| ) | |
|    Appellant, ) | CIVIL ACTION NO. |
| ) | 2:05cv1014-MHT |
|    v. ) | |
| ) | |
| CURTIS C. REDING, ) | |
| ) | |
|    Appellee, ) | |

ORDER

The clerk of the bankruptcy court having filed the transcript of the hearings in this matter and an affidavit indicating that appellant Atheal Pierce has paid the filing fee (Doc. No. 27), it is ORDERED that appellee Curtis Reding's motion to dismiss (Doc. No. 5) is denied. Appellant Atheal Pierce's appeal will not be dismissed, and the court will consider the case on its merits.

DONE, this the 17th day of February, 2006.

                                     /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE