IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | |
| | ) | |
|   Appellant, | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1014-MHT |
|   v. | ) | (WO) |
| | ) | |
| CURTIS C. REDING, | ) | |
| | ) | |
|   Appellee, | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the order of the United States Bankruptcy Court for the Middle District of Alabama, dated September 15, 2005, is affirmed.

It is further ORDERED that the costs are taxed against appellant Atheal Pierce, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of February, 2006.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**