NO. 06-11430-C

RECEIVED

## JURISDICTIONAL QUESTION(S)

2006 MAR 17 P 12: 30

Whether the district court's February 21, 2006, order affirming the bankruptcy court's September 15, 2005, order is final and appealable, in light of Plaintiff-Appellant's December 23, 2005, Emergency Motion for Relief (doc. # 16)? See 28 U.S.C. §§ 158, 1291; State Treasurer of the State of Michigan v. Barry, 168 F.3d 8, 11-16 (11th Cir. 1999); Schoenfeld v. Babbitt, 168 F.3d 1257, 1266 (11th Cir. 1999); Clay County Bank v. Culton (In re Culton), 111 F.3d 92, 93 (11th Cir. 1997); Martin Bros. Toolmakers, Inc. v. Indus. Dev. Bd. of Huntsville (In re Martin Bros. Toolmakers, Inc.), 796 F.2d 1435, 1437 (11th Cir. 1986); Providers Benefit Life Ins. Co. v. Tidewater Group, Inc. (In re Tidewater Group, Inc.), 734 F.2d 794, 795-96 (11th Cir. 1984).