IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISON

In Re: ]   Case No. 2:05cv-1014

**Atheal Pierce** vs. **American General Finance Management Company**

*Emergency Motion for the Docket Clerk To Correct the Case Style*

Appellant, Atheal Pierce states as follow:

1. Pierce has consistently named American General Finance Company as an adversary party to all proceedings which include: (a) the Bankruptcy Court, (b) the District Court and presently the U.S. Court of Appeals for the Eleventh Circuit.

2. Pierce files this motion seeking a correction of the Case style.

3. Pierce's adversary in this proceeding is American General Finance Company.

Wherefore, Pierce pray that the honorable appeals Docket Clerk correct the Case style by naming American General Finance Company as the appellee.

Respectfully,
112 Knollwood Blvd., Montgomery, Alabama 36117

Certificate of Mailing
I hereby certify that I have this day mailed or placed in the U.S. mail, postage prepaid, an exact copy of the above pleading to the following parties, this the __21st__ day of March, 2005. Mr. Charles Parnell, P.O. Box 2189, Montgomery, Alabama 36102. Sabrina L. McKinney, P.O. Box 173, Montgomery, Alabama 36101.