IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ATHEAL PIERCE | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1014-MHT |
|    Appellant, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| CURTIS REDDING, | ) | |
| | ) | |
|    Appellee. | ) | |

### ORDER

It is ORDERED that appellant Atheal Pierce's motion to correct case style (Doc. No. 33) is denied.

DONE, this the 23th day of March, 2006.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE