RECEIVED
2006 MAR 17 P 8:22

HACKETT, CLK
DISTRICT COURT
DISTRICT ALA

In The U.S. District Court
Middle District of Alabama

District Court Number:     05-01014 Cv-T-N
Correct Case Style:     Atheal Pierce v. American General Finance Company
Appeal Number:     06-11430-c     US CA 11th Circuit

## Motion to the district court to proceed without the pre-payment of fees on appeal

Pursuant to Fed. R. App.P. 24(a) Pierce move this court to adopt the bankruptcy documents as filed and grant this request to proceed.

Done this _17th_ day of March, 2006.

_Atheal Pierce_ (signature)
Atheal Pierce
112 Knollwood Blvd.
Montgomery, Alabama 36117


Certificate of mailing

A copy was mailed to American General Finance Company lawyer at P.O. Box 2189, Montgomery, Alabama 36102.
ms. Sabrina mcKinney, P.O. Box 173, Montgomery, Alabama 36101. _AP_.