**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 24, 2006

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      **Atheal Pierce v. Curtis Redding, et al.**

**Case Number:**     **#2:05-cv-01014-MHT**

**Referenced Document:** **Document #36**
                         **Order**

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The wrong pdf was attached originally due to docketing error. The correct pdf is attached to this notice.**