IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

NO. 06-11430-C

---



ATHEAL PIERCE,

                Plaintiff-Appellant,

versus

CURTIS REDDING,

                Defendant-Appellee.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ENTRY OF DISMISSAL

Pursuant to 11th Cir. R. 42-1(b), this appeal is hereby dismissed for want of prosecution because appellant has failed to pay the $250 docketing and $5 filing fees ($255) to the district court clerk and file a Transcript Order Form within the time fixed by the rules, effective this 23rd day of March, 2006.

                THOMAS K. KAHN
                Clerk of the United States Court
                of Appeals for the Eleventh Circuit

                By: Pam Holloway
                    Deputy Clerk

                FOR THE COURT - BY DIRECTION

ORD-40