```
          IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
              MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


IN RE:                         )
                               )
ATHEAL PIERCE                  )
                               )
     Debtor.                   )
                               )
ATHEAL PIERCE,                 )        CIVIL ACTION NO.
                               )          2:05cv1014-MHT
     Appellant,                )
                               )
     v.                        )
                               )
CURTIS REDDING,                )
                               )
     Appellee.                 )


IN RE:                         )
                               )
ATHEAL PIERCE                  )
                               )
     Debtor.                   )
                               )
ATHEAL PIERCE,                 )        CIVIL ACTION NO.
                               )          2:06cv414-MHT
     Appellant,                )
                               )
     v.                        )
                               )
AMERICAN GENERAL FINANCE       )
COMPANY, et al.,               )
                               )
     Appellees.                )
```

ORDER

Because the court cannot tell whether appellant Atheal Pierce intended for the money ($255) left in the clerk's drop box on May 1, 2006, to apply as the filing fee in the appeal currently before the Eleventh Circuit (taken from Civ. Action No. 2:05cv1014-MHT) or the second appeal of the bankruptcy case now pending before this court (Civ. Action No. 2:06cv414-MHT), and because it is unclear in which case appellant Pierce's most request to proceed on appeal without prepayment of fees (now docketed in Civ. Action No. 2:06cv414-MHT) applies, it is ORDERED that an on-the-record status conference is set for May 19, 2006, at 8:15 a.m., in both of these cases. Counsel for the bankruptcy trustee is to arrange for the conference to be conducted by telephone.

DONE, this the 16th day of May, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE