# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY   ALABAMA

DATE COMMENCED   May 19, 2006                AT   8:18   A.M./P.M.

DATE COMPLETED   May 19, 2006                AT   8:21   A.M./P.M.

ATHEAL PIERCE et al                          Civil Action
                                             2:05-CV-1014-MHT
        VS.

CURTIS REDDING (Appellee)


ATHEAL PIERCE                                Civil Action
                                             2:06-CV-414-MHT
        VS.

AMERICAN GENERAL FINANCE CO.

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | Atty Sabrina L. McKinney |
| | X | (Appellee) |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | David Sapp, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        TELEPHONE STATUS CONFERENCE


8:18 a.m.                     Conference convenes. The plaintiff is not
                              available for the conference call.  Attorney
                              McKinney advises the court that she left
                              messages notifying the plaintiff of the
                              scheduled conference call and called the
                              plaintiff a minute prior to the conference
                              call and got the answering machine.  Court
                              will take the matter under advisement.
8:21 a.m.                     Hearing concluded.