IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-11430-CC

In Re: ATHEAL PIERCE,

　　　　　　　　　　　　　　　　　　　　　　　　Debtor

_____

ATHEAL PIERCE; Plaintiff-Appellant,

versus

CURTIS REDDING,

　　　　　　　　　　　　　　　　　　　　　　　　Defendant-Appellee.

_____

Appeal from the United States District Court for the

Middle District of Alabama

_____

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the appellant's brief and record excerpts within the time fixed by the rules, effective this 20th day of June, 2006.

　　　　　　　　　　　　　　　　　　　THOMAS K. KAHN
　　　　　　　　　　　　　　　　　　　Clerk of the United States Court
　　　　　　　　　　　　　　　　　　　of Appeals for the Eleventh Circuit

　　　　　　　　　　　　　　　　　　　By: Eleanor Dixon
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　FOR THE COURT - BY DIRECTION

ORD-40